UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIED DYNAMICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> KENNAMETAL, INC., KENNAMETAL STELLITE f/k/a MICROFUSIONE STELLITE S.p.A., <br><br> Defendants. | No. 2:12-cv-05904-JFB-AKT <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Kennametal, Inc. states that it is a publicly held corporation and no other publicly held company owns 10% or more of Kennametal, Inc. stock.

Date:   New York, New York
        December 13, 2012

                                        CHADBOURNE & PARKE LLP

                                By      */s/ Thomas J. Hall*
                                        Thomas J. Hall
                                        30 Rockefeller Plaza
                                        New York, New York 10112
                                        (212) 408-5100
                                        thall@chadbourne.com
                                        *Attorneys for Defendant Kennametal, Inc.*