UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIED DYNAMICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> KENNAMETAL, INC., KENNAMETAL STELLITE f/k/a MICROFUSIONE STELLITE S.p.A., <br><br> Defendants. | No. 2:12-cv-05904-JFB-AKT <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Stacey Trimmer is admitted in this Court and hereby appears as counsel for defendant Kennametal, Inc. in the above-captioned proceeding.  This Notice of Appearance is not, and shall not be construed as, a waiver of any and all rights, objections or defenses that Kennametal, Inc. may have to this action, including, without limitation, any objections to the jurisdiction of this Court or to venue.

Date:   New York, New York
        December 13, 2012

                                CHADBOURNE & PARKE LLP

                        By      */s/ Stacey Trimmer*
                                Stacey Trimmer
                                30 Rockefeller Plaza
                                New York, New York 10112
                                (212) 408-5100
                                thall@chadbourne.com
                                *Attorneys for Defendant Kennametal, Inc.*