UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIED DYNAMICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> KENNAMETAL, INC., KENNAMETAL STELLITE f/k/a MICROFUSIONE STELLITE S.p.A., <br><br> Defendants. | No. 2:12-cv-05904-JFB-AKT <br><br> **STIPULATION AND ORDER EXTENDING TIME TO <u>RESPOND TO COMPLAINT</u>** |

WHEREAS the time for defendant Kennametal, Inc. to respond to the complaint in this action is currently January 25, 2013, and the time for defendant Kennametal Stellite f/k/a Microfusione Stellite S.p.A. ("Kennametal Stellite") to respond to the complaint is currently January 10, 2013; and

WHEREAS on December 14, 2012 this Court granted Kennametal, Inc.'s request for a 30 day extension of time to January 25, 2013 to respond to plaintiff's complaint; and

WHEREAS the parties have not previously requested an extension of time for Kennametal Stellite to respond to plaintiff's complaint; and

WHEREAS counsel for Kennametal, Inc. was recently retained to also represent co-defendant Kennametal Stellite; and

WHEREAS the parties have agreed to extend the time by which both defendants may answer, move or otherwise respond to plaintiff's complaint.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that the time for defendants Kennametal, Inc. and Kennametal Stellite to answer, move or otherwise respond to plaintiff's complaint is extended up to, and including, February 1, 2013.

Defendants agree not to challenge the effectiveness of service of the Summons and Complaint on them in this action.

Date:   January 2, 2013

                                      CHADBOURNE & PARKE LLP

                                      By _____
                                                  Thomas J. Hall
                                        30 Rockefeller Plaza
                                        New York, New York 10112
                                        (212) 408-5100
                                        thall@chadbourne.com
                                        *Attorneys for Defendants Kennametal, Inc.*
                                        *and Kennametal Stellite f/k/a Microfusione*
                                        *Stellite S.p.A.*

                                      HERZFELD & RUBIN, P.C.

                                      By _____
                                                  Edward L. Birnbaum
                                        125 Broad Street
                                        New York, NY 10004
                                        (212) 471-8500
                                        ebirnbaum@herzfeld-rubin.com
                                        *Attorneys for Plaintiff Allied Dynamics*
                                        *Corp.*

SO ORDERED:

_____
JUDGE JOSEPH F. BIANCO