DATE:<u>1/31/2013</u>     AT:<u>2:38 p.m.</u>      TIME IN COURT:<u>15  min.</u>

BEFORE: <u>JUDGE JOSEPH F. BIANCO, U.S.D.J.</u>:

<u>CIVIL CAUSE FOR TELEPHONE PRE-MOTION CONFERENCE</u>

DOCKET NUMBER:<u> CV-12-5904              </u>

TITLE: <u>Allied v. Kennamental  </u>


FTR:2:38-2:42        <u>COURTROOM DEPUTY: Michele Savona</u>

<u>  X  </u>     <u>CASE CALLED.</u>

<u>  X  </u>     <u>COUNSEL FOR ALL SIDES PRESENT.</u>

<u>     </u>     <u>COUNSEL FOR                  NOT PRESENT.</u>

<u>  X  </u>     <u>CONFERENCE HELD.</u>

<u>     </u>     <u>DISCOVERY TO BE COMPLETED BY                        </u>

<u>     </u>     <u>PARTIES TO COMPLETE                                 </u>
           <u>BY THE NEXT CONFERENCE OR BY                        </u>

<u>     </u>     <u>NEXT (TELEPHONE) STATUS CONFERENCE SET FOR  </u>

<u>     </u>     <u>CASE TO BE REFERRED TO MAGISTRATE JUDGE             </u>
           <u>FOR                            </u>

<u>  X  </u>     <u>MOTION TO BE FILED BY 2/22/2013 ;</u>
                  <u>  RESPONSE BY 3/22/2013 ;</u>
                     <u>  REPLY BY 4/5/2013 .</u>

<u>  X  </u>     <u>ORAL ARGUMENT SET FOR 4/12/2013 at 1:30 p.m.       </u>

<u>     </u>     <u>JURY SELECTION SET FOR                             </u>

<u>     </u>     <u>JURY TRIAL SET FOR                                 </u>

<u>     </u>     <u>OTHER:                                             </u>